# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Taylor Investment Partners II, LLC, ) | CASE NO. 15-51333 - MHM |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: ) | CHAPTER 11 |
| ) | |
| TIP II-Ansley, LLC, ) | CASE NO. 15-51335 - MHM |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: ) | CHAPTER 11 |
| ) | |
| TIP II-Suburban, LLC, ) | CASE NO. 15-51339 - MHM |
| ) | |
| Debtor. ) | |

## ORDER AND NOTICE ON DEBTOR'S MOTION FOR JOINT ADMINISTRATION OF RELATED CASES

On January 23, 2015, TIP II-Suburban, LLC filed an *Amended Motion for Joint Administration of Related Cases Pursuant to Rule 1015 of the Federal Rules of Civil Procedure* in this case requesting the Court's authority to jointly administer the above-titled cases (Doc. No. 3) (the "Motion"). The Motion is available for review in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at *http://ecf.ganb.uscourts.gov* (registered users) or at *http://pacer.psc.uscourts.gov* (unregistered users). It is hereby

**ORDERED** that any person or party who objects to the relief sought in the Motion:

1. **Must file** a written objection, stating the grounds therefor, on or before the close of business[1] _February 11_, 2015, with the

     Clerk, U.S. Bankruptcy Court
     1340 U.S. Courthouse
     75 Spring St., SW
     Atlanta, Georgia 30303;

2. **Must** serve a copy of said objection upon Debtor's attorney:

     Will B. Geer
     333 Sandy Springs Circle, NE
     Suite 225
     Atlanta, Georgia 30328

3. **Must advocate** the objection on the hearing on the Motion.

If any objection is filed, hearing on the Motion will be held before the undersigned in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on _February 18_, 2015, at _3:00_ o'clock _p_.m.

**Any objection not timely filed, served, or advocated at the hearing set above shall be deemed waived. If no objection is filed as set forth above, Debtor's counsel may submit an order providing for the joint administration of the Debtor's case without further notice or hearing.** It is further

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

ORDERED that Debtor's attorney shall serve a copy of this Order and Notice upon Debtor, the U.S. Trustee, and all creditors and parties in interest on or before ___Jan. 28___, 2015, and shall file a certificate of such service within three days thereafter.

IT IS SO ORDERED, this the 23rd day of January, 2015.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

___/s/___
Will Geer
Attorney for TIP II-Suburban, LLC
State Bar No. 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
T: (678) 587-8740
F: (404) 287-2767
*willgeer@willgeerlaw.com*

***Attorney for the Debtors and Debtors-in-possession***