UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
| | ) | |
| Taylor Investment Partners II, LLC, | ) | CASE NO. 15-51333 - MHM |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TIP II-Ansley, LLC, | ) | CASE NO. 15-51335 - MHM |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TIP II-Suburban, LLC, | ) | CASE NO. 15-51339 - MHM |
| | ) | |
| Debtor. | ) | |

**ORDER ADMINISTRATIVELY CONSOLIDATING RELATED CASES**

On January 23, 2015, Taylor Investment Partners II, LLC filed an *Amended Motion for Joint Administration of Related Cases Pursuant to Rule 1015 of the Federal Rules of Civil Procedure,* requesting authority to jointly administer the above-captioned three cases (Doc. No. 7) (the "Motion"). An Order and Notice entered January 26, 2015, directed that any objections to the Motion not filed by February 12, 2015 would be deemed waived. No objections were filed. Accordingly, it is hereby

**ORDERED** that the Motion is *granted:* the above-captioned Chapter 11 cases shall be jointly administered under the case name **In re: Taylor Investment Partners II,**

**LLC, Case No. 15-51333** in accordance with Rule 1015(b) of the Federal Rules of

Bankruptcy Procedure. It is further

**ORDERED** that the joint caption shall read as follows:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
|  | ) | Jointly Administered |
| **Taylor Investment Partners II, LLC,** | ) |  |
| **TIP II-Suburban, LLC,** | ) | CASE NO. **15-51333** – MHM |
| **TIP II-Ansley, LLC,** | ) |  |
|  | ) |  |
| Debtors. | ) |  |

It is further

**ORDERED** that all original docket entries shall be made in the case of Taylor

Investment Partners II, LLC, Case No. 15-51333, and a docket entry shall be made in the

jointly administered cases, except in Taylor Investment Partners II, LLC, substantially as

follows:

> In accordance with Rule 1015(b) of the Federal Rules of
> Bankruptcy Procedure, an order has been entered in this case
> authorizing the joint administration of this case with the
> Chapter 11 case of **In re: Taylor Investment Partners II,
> LLC, Case No. 15-51333.**

It is further

**ORDERED** that a separate claims register shall be maintained in each case. It is further

**ORDERED** that counsel for Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in Debtors' cases within 5 business days of entry of this Order.

IT IS SO ORDERED, this the 24th day of February, 2015.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

/s/
Will Geer
State Bar No. 940493
333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328
T: (678) 587-8740
F: (404) 287-2767
*willgeer@willgeerlaw.com*

***Attorney for the Debtors and Debtors-in-possession***

Distribution List:

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Chamberlain, Hrdlicka
191 Peachtree St., N.E.
Thirty-Fourth Floor
Atlanta, GA 30344

Cohen, Pollack, Merlin & Small
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339-3359

Focus Brands, Inc.
200 Glenridge Point Parkway
Suite 200
Atlanta, GA 30342-1450

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Ichter Thomas, LLC
3340 Piedmont Road, N.E.
Suite 1530
Atlanta, GA 30326

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Magoon, Freeman, Spain & Jones
3600 Mansell Road

Suite 575
Alpharetta, GA 30022

Regions Bank
Corporation Service Company
40 Technology Pkwy, Suite 300
Norcross, GA 30092-2924

Taylor Investment Partners II, LLC
4605 Ponte Vedra Dr., SE
Marietta, GA 30067

Benjamin W. Prevost
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450