B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _TIP II Suburban LLC_ ,      Case No.  15-51339

_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **February 2015**       Date filed:  4/1/2015

Line of Business:  Restaurant       NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_

Original Signature of Responsible Party

_David P. Titshaw_

Printed Name of Responsible Party

| | **Questionnaire:** _(All questions to be answered on behalf of the debtor.)_ | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 88,036.62

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 47,983.69

Cash on Hand at End of Month $ 76,256.74

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 76,256.74

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 82,031.03

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 88036.62

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 82,031.03

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 6005.59

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   10 (FTE)

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   10 (FTE)

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 96,123.38 | $ 88,036.62 | $ 8086.76 |
| EXPENSES | $ 84,651.00 | $ 82,031.03 | $ 2,619.97 |
| CASH PROFIT | $ 11,472.38 | $ 6005.59 | $ 5466.79 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                  $   96123.38

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                $   84651

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                             $   11472.38

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

Report is prepared to the best of
responsible party's knowledge Third
Party entities provide Accounting
and payroll services



**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

00009149 02 AT  0.406 002
TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                    061

|  |  |
|---|---|
|  | 060 |
| Cycle | 27 |
| Enclosures | 45 |
| Page | 1 of 8 |

## RELATIONSHIPLUS BASIC CHECKING
January 31, 2015 through February 27, 2015

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $47,983.69 | | Minimum Daily Balance | $49,229 |
| Deposits & Credits | $99,344.87 | + | Average Monthly Statement Balance | $58,918 |
| Withdrawals | $31,908.77 | - | | |
| Fees | $54.51 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $39,108.54 | - | | |
| Ending Balance | $76,256.74 | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 02/02 | Deposit - Thank You | | 1,000.80 |
| 02/02 | Deposit - Thank You | | 961.00 |
| 02/02 | Deposit - Thank You | | 936.14 |
| 02/02 | Deposit - Thank You | | 856.00 |
| 02/02 | Ums | Deposit Moes Southwest 903506537997 | 2,109.50 |
| 02/02 | American Express Settlement Moe's Southw41 4101198372 | | 878.65 |
| 02/02 | Spl 888-775-4254 Credit Regions Bank  Regions Bank D | | 298.41 |
| 02/02 | American Express Settlement Moe's Southw41 4101198372 | | 159.62 |
| 02/02 | Stored Valu    Fdclgift Fdclgift | | 118.56 |
| 02/03 | Ums | Deposit Moes Southwest 903506537997 | 2,641.11 |
| 02/03 | Ums | Deposit Moes Southwest 903506537997 | 2,547.82 |
| 02/03 | Ums | Deposit Moes Southwest 903506537997 | 2,446.53 |
| 02/03 | American Express Settlement Moe's Southw41 4101198372 | | 384.00 |
| 02/04 | Deposit - Thank You | | 1,565.00 |
| 02/04 | Deposit - Thank You | | 728.37 |
| 02/04 | Deposit - Thank You | | 573.87 |
| 02/04 | Deposit - Thank You | | 430.00 |
| 02/04 | Ums | Deposit Moes Southwest 903506537997 | 1,311.16 |
| 02/04 | American Express Settlement Moe's Southw41 4101198372 | | 266.40 |
| 02/05 | Ums | Deposit Moes Southwest 903506537997 | 2,820.27 |
| 02/05 | American Express Settlement Moe's Southw41 4101198372 | | 198.14 |
| 02/06 | American Express Settlement Moe's Southw41 4101198372 | | 264.66 |
| 02/06 | Ums | Deposit Moes Southwest 903506537997 | 2,001.42 |
| 02/09 | Stored Valu    Fdclgift Fdclgift | | 126.96 |
| 02/09 | American Express Settlement Moe's Southw41 4101198372 | | 209.85 |
| 02/09 | American Express Settlement Moe's Southw41 4101198372 | | 235.46 |
| 02/09 | Spl 888-775-4254 Credit Regions Bank  Regions Bank D | | 275.69 |
| 02/09 | Deposit - Thank You | | 951.00 |
| 02/09 | Deposit - Thank You | | 1,199.25 |
| 02/09 | Deposit - Thank You | | 1,381.51 |
| 02/09 | Ums | Deposit Moes Southwest 903506537997 | 1,661.35 |
| 02/10 | American Express Settlement Moe's Southw41 4101198372 | | 129.35 |
| 02/10 | Ums | Deposit Moes Southwest 903506537997 | 1,973.60 |
| 02/10 | Ums | Deposit Moes Southwest 903506537997 | 2,284.47 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

```
TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637
```

ACCOUNT #          061

| | | |
|---|---|---|
| | 060 |
| Cycle | 27 |
| Enclosures | 45 |
| Page | 2  of 8 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/10 | Ums        Deposit Moes Southwest 903506537997 | 2,418.13 |
| 02/11 | American Express Settlement Moe's Southw41 4101198372 | 248.34 |
| 02/11 | Deposit - Thank You | 611.00 |
| 02/11 | Deposit - Thank You | 885.09 |
| 02/11 | Deposit - Thank You | 1,003.00 |
| 02/11 | Deposit - Thank You | 1,944.02 |
| 02/11 | Ums        Deposit Moes Southwest 903506537997 | 2,030.62 |
| 02/12 | American Express Settlement Moe's Southw41 4101198372 | 180.52 |
| 02/12 | Ums        Deposit Moes Southwest 903506537997 | 2,662.67 |
| 02/13 | American Express Settlement Moe's Southw41 4101198372 | 255.85 |
| 02/13 | Deposit - Thank You | 595.80 |
| 02/13 | Deposit - Thank You | 721.00 |
| 02/13 | Ums        Deposit Moes Southwest 903506537997 | 1,973.78 |
| 02/17 | Stored Valu    Fdclgift Fdclgift | 53.35 |
| 02/17 | Spl 888-775-4254 Credit Regions Bank   Regions Bank D | 227.32 |
| 02/17 | American Express Settlement Moe's Southw41 4101198372 | 271.57 |
| 02/17 | American Express Settlement Moe's Southw41 4101198372 | 374.91 |
| 02/17 | American Express Settlement Moe's Southw41 4101198372 | 555.59 |
| 02/17 | Deposit - Thank You | 1,016.13 |
| 02/17 | Deposit - Thank You | 1,148.00 |
| 02/17 | Deposit - Thank You | 1,276.84 |
| 02/17 | Ums        Deposit Moes Southwest 903506537997 | 2,595.76 |
| 02/18 | American Express Settlement Moe's Southw41 4101198372 | 377.14 |
| 02/18 | Deposit - Thank You | 556.00 |
| 02/18 | Deposit - Thank You | 623.63 |
| 02/18 | Deposit - Thank You | 993.35 |
| 02/18 | Deposit - Thank You | 1,453.77 |
| 02/18 | Ums        Deposit Moes Southwest 903506537997 | 1,573.92 |
| 02/18 | Ums        Deposit Moes Southwest 903506537997 | 1,614.29 |
| 02/18 | Ums        Deposit Moes Southwest 903506537997 | 2,072.65 |
| 02/18 | Ums        Deposit Moes Southwest 903506537997 | 2,366.76 |
| 02/19 | American Express Settlement Moe's Southw41 4101198372 | 111.24 |
| 02/19 | Ums        Deposit Moes Southwest 903506537997 | 2,523.86 |
| 02/20 | American Express Settlement Moe's Southw41 4101198372 | 182.34 |
| 02/20 | Ums        Deposit Moes Southwest 903506537997 | 1,841.73 |
| 02/23 | Stored Valu    Fdclgift Fdclgift | 46.96 |
| 02/23 | American Express Settlement Moe's Southw41 4101198372 | 165.85 |
| 02/23 | Spl 888-775-4254 Credit Regions Bank   Regions Bank D | 221.13 |
| 02/23 | American Express Settlement Moe's Southw41 4101198372 | 383.16 |
| 02/23 | Deposit - Thank You | 612.77 |
| 02/23 | Deposit - Thank You | 699.00 |
| 02/23 | Deposit - Thank You | 745.99 |
| 02/23 | Deposit - Thank You | 950.00 |
| 02/23 | Deposit - Thank You | 1,058.38 |
| 02/23 | Ums        Deposit Moes Southwest 903506537997 | 1,965.64 |
| 02/24 | American Express Settlement Moe's Southw41 4101198372 | 137.68 |
| 02/24 | Ums        Deposit Moes Southwest 903506537997 | 1,890.11 |
| 02/24 | Ums        Deposit Moes Southwest 903506537997 | 2,394.91 |
| 02/24 | Ums        Deposit Moes Southwest 903506537997 | 2,500.33 |
| 02/25 | American Express Settlement Moe's Southw41 4101198372 | 719.25 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                                    061

|                | |
|----------------|----|
|                | 060 |
| Cycle          | 27 |
| Enclosures     | 45 |
| Page           | 3  of 8 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | | Description | Amount |
|------|------|-------------|--------|
| 02/25 | Ums | Deposit Moes Southwest 903506537997 | 1,334.37 |
| 02/26 | American Express Settlement Moe's Southw41 4101198372 | | 123.98 |
| 02/26 | Deposit - Thank You | | 850.69 |
| 02/26 | Deposit - Thank You | | 910.00 |
| 02/26 | Deposit - Thank You | | 1,469.45 |
| 02/26 | Ums | Deposit Moes Southwest 903506537997 | 2,996.30 |
| 02/27 | American Express Settlement Moe's Southw41 4101198372 | | 285.17 |
| 02/27 | Ums | Deposit Moes Southwest 903506537997 | 1,637.86 |
| | | Total Deposits & Credits | $99,344.87 |

## WITHDRAWALS

| Date | | Description | Amount |
|------|------|-------------|--------|
| 02/02 | EB to Checking # 6408048053 Ref# 000000 5634305 | | 2,000.00 |
| 02/03 | Ums | Interchng Moes Southwest 903506537997 | 1,536.00 |
| 02/03 | Ums | Fee Moes Southwest 903506537997 | 142.45 |
| 02/03 | Ums | Discount Moes Southwest 903506537997 | 76.37 |
| 02/04 | 2275 | Tip II Impound DD Impound | 4,586.49 |
| 02/04 | 2275 | Tip II Impound Tax Impound | 2,090.45 |
| 02/04 | 2275 | Tip II Impound Billing Impoun | 72.95 |
| 02/04 | Merchant Bnkcd  Deposit Moe's SW Grill 335201082880 | | 9.67 |
| 02/05 | American Express Axp Discnt Moe's Southw41 4101198372 | | 191.72 |
| 02/09 | Moes Focus Nmf  Coop Decatur, GA   0600- 253000M | | 644.02 |
| 02/09 | Moes Focus Nmf  Marketing Decatur, GA   0600- 253000M | | 858.68 |
| 02/09 | Moes Focus Nmf  Royalty Decatur, GA   0600- 253000M | | 2,146.71 |
| 02/12 | Att | Payment Tip II Suburba | 237.01 |
| 02/18 | 2275 | Tip II Impound Billing Impoun | 72.95 |
| 02/18 | 2275 | Tip II Impound Tax Impound | 2,129.64 |
| 02/18 | 2275 | Tip II Impound DD Impound | 4,632.11 |
| 02/20 | Georgia Its Tax  GA TX Pymt Moe S Southwes 1087993632 | | 6,601.55 |
| 02/23 | Moes Focus Nmf  Coop Decatur, GA   0600- 253000M | | 684.70 |
| 02/23 | Moes Focus Nmf  Marketing Decatur, GA   0600- 253000M | | 912.94 |
| 02/23 | Moes Focus Nmf  Royalty Decatur, GA   0600- 253000M | | 2,282.36 |
| | | Total Withdrawals | $31,908.77 |

## FEES

| Date | Description | Amount |
|------|-------------|--------|
| 02/02 | Cash Deposit Fee | 54.51 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                    061

|  |  |  | 060 |
| --- | --- | --- | --- |
| Cycle | | | 27 |
| Enclosures | | | 45 |
| Page | | | 4 of 8 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/06 | 1656 | 600.00 | 02/03 | 22618 | 520.98 |
| 02/10 | 1657 | 317.15 | 02/04 | 22619 | 248.26 |
| 02/04 | 1658 | 280.00 | 02/05 | 22620 | 421.86 |
| 02/06 | 1659 | 700.00 | 02/04 | 22621 | 229.76 |
| 02/17 | 1662 * | 100.00 | 02/10 | 22622 | 278.09 |
| 02/18 | 1663 | 316.00 | 02/09 | 22623 | 503.35 |
| 02/23 | 1668 * | 280.00 | 02/06 | 22624 | 243.02 |
| 02/05 | 4551 * | 57.54 | 02/03 | 22625 | 546.34 |
| 02/18 | 4552 | 178.38 | 02/06 | 22626 | 561.94 |
| 02/04 | 4553 | 1,264.54 | 02/05 | 22627 | 386.46 |
| 02/04 | 4554 | 5,308.49 | 02/05 | 22628 | 110.82 |
| 02/17 | 4555 | 797.80 | 02/19 | 22629 | 578.88 |
| 02/10 | 4556 | 6,647.40 | 02/17 | 22630 | 463.84 |
| 02/19 | 4557 | 173.10 | 02/18 | 22631 | 244.91 |
| 02/17 | 4558 | 692.30 | 02/20 | 22632 | 448.23 |
| 02/17 | 4559 | 191.55 | 02/20 | 22633 | 353.52 |
| 02/17 | 4560 | 1,084.35 | 02/20 | 22634 | 291.06 |
| 02/23 | 4562 * | 57.54 | 02/23 | 22635 | 591.04 |
| 02/18 | 4563 | 8,196.19 | 02/17 | 22636 | 535.39 |
| 02/17 | 4564 | 1,344.74 | 02/19 | 22637 | 591.44 |
| 02/19 | 4565 | 54.22 | 02/20 | 22638 | 427.20 |
| 02/17 | 4566 | 1,222.07 | 02/20 | 22639 | 92.35 |
| 02/05 | 22617 * | 576.44 |  |  |  |

Total Checks            $39,108.54

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 02/02 | 53,247.86 | 02/11 | 58,817.35 | 02/23 | 59,006.64 |
| 02/03 | 58,445.18 | 02/12 | 61,423.53 | 02/24 | 65,929.67 |
| 02/04 | 49,229.37 | 02/13 | 64,969.96 | 02/25 | 67,983.29 |
| 02/05 | 50,502.94 | 02/17 | 66,057.39 | 02/26 | 74,333.71 |
| 02/06 | 50,664.06 | 02/18 | 61,918.72 | 02/27 | 76,256.74 |
| 02/09 | 52,552.37 | 02/19 | 63,156.18 |  |  |
| 02/10 | 52,115.28 | 02/20 | 56,966.34 |  |  |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                    061

|  |  |
|---|---|
|  | 060 |
| Cycle | 27 |
| Enclosures | 45 |
| Page | 5  of 8 |

**DEPOSIT AGREEMENT WILL BE AMENDED
EFFECTIVE 2-6-15 REGARDING CD EARLY
WITHDRAWAL PENALTIES; OVERDRAFTS AND
TRANSACTION POSTING; AND OPERATIONAL
SERVICES. FOR DETAILS, VISIT YOUR BRANCH
OR GO TO REGIONS.COM/ACCOUNTCHANGE. CD
CUSTOMERS MAY RECEIVE A SEPARATE NOTICE
REGARDING CD EARLY WITHDRAWAL PENALTIES.
SEE ENCLOSURE FOR MORE ON TRANSACTION
POSTING AND OVERDRAFT CHANGES.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                 061

Page              6    of 8



| | | |
|---|---|---|
| Check# 1656   02/06/2015   $600.00 | Check# 1657   02/10/2015   $317.15 | Check# 1658   02/04/2015   $280.00 |
| Check# 1659   02/06/2015   $700.00 | Check# 1662   02/17/2015   $100.00 | Check# 1663   02/13/2015   $316.00 |
| Check# 1668   02/23/2015   $280.00 | Check# 4551   02/05/2015   $57.54 | Check# 4552   02/18/2015   $178.38 |
| Check# 4553   02/04/2015   $1264.54 | Check# 4554   02/04/2015   $5308.49 | Check# 4555   02/17/2015   $797.80 |
| Check# 4556   02/10/2015   $6647.40 | Check# 4557   02/19/2015   $173.10 | Check# 4558   02/17/2015   $692.30 |
| Check# 4559   02/17/2015   $191.55 | Check# 4560   02/17/2015   $1084.35 | Check# 4562   02/23/2015   $57.54 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #          061

Page          7    of 8



| Check# 4563 | 02/18/2015 | $8196.19 | Check# 4564 | 02/17/2015 | $1344.74 | Check# 4565 | 02/19/2015 | $54.22 |
|---|---|---|---|---|---|---|---|---|
| Check# 4566 | 02/17/2015 | $1222.07 | Check# 22617 | 02/05/2015 | $576.44 | Check# 22618 | 02/03/2015 | $520.98 |
| Check# 22619 | 02/04/2015 | $248.26 | Check# 22620 | 02/05/2015 | $421.86 | Check# 22621 | 02/04/2015 | $229.76 |
| Check# 22622 | 02/10/2015 | $278.09 | Check# 22623 | 02/09/2015 | $503.35 | Check# 22624 | 02/06/2015 | $243.02 |
| Check# 22625 | 02/03/2015 | $546.34 | Check# 22626 | 02/06/2015 | $561.94 | Check# 22627 | 02/05/2015 | $386.46 |
| Check# 22628 | 02/05/2015 | $110.82 | Check# 22629 | 02/19/2015 | $578.88 | Check# 22630 | 02/17/2015 | $463.84 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - SUBURBAN, LLC
DBA MOE'S SOUTHWESTERN GRILL
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #        

Page        8    of 8



| Check# 22631 | 02/18/2015 | $244.91 | Check# 22632 | 02/20/2015 | $448.23 | Check# 22633 | 02/20/2015 | $353.52 |
| Check# 22634 | 02/20/2015 | $291.06 | Check# 22635 | 02/23/2015 | $591.04 | Check# 22636 | 02/17/2015 | $535.39 |
| Check# 22637 | 02/19/2015 | $591.44 | Check# 22638 | 02/20/2015 | $427.20 | Check# 22639 | 02/20/2015 | $92.35 |

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  |  | Checking Account | | Check No. | Amount |
|---|---|---|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ | | | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + | | | $ |
| | | | | | $ |
| 3. | Total lines 1 & 2 | $ = | | | $ |
| | | | | | $ |
| 4. | Enter total from 4a (column on right side of page) | $ - | | | $ |
| | | | | | $ |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |
| | | | | Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

12:05 PM
03/16/15
Accrual Basis

# TIP II - Suburban, LLC
# Profit & Loss
### January through February 2015

|  | Jan 15 | Feb 15 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Gift Card | 392.38 | 345.83 | 738.21 |
| **Sales** | | | |
| Splickit - Online Sales | 707.68 | 1,022.55 | 1,730.23 |
| Food Sales | 90,318.18 | 82,565.04 | 172,883.22 |
| Beer/Wine Sales | 286.00 | 321.75 | 607.75 |
| Catering | 4,537.22 | 3,781.45 | 8,318.67 |
| **Total Sales** | 95,849.08 | 87,690.79 | 183,539.87 |
| | | | |
| **Total Income** | 96,241.46 | 88,036.62 | 184,278.08 |
| | | | |
| **Cost of Goods Sold** | | | |
| **Cost of Goods Sold** | | | |
| Taxes | 40.15 | 79.17 | 119.32 |
| Dessert | 298.08 | 397.44 | 695.52 |
| Delivery Fee | 180.00 | 0.00 | 180.00 |
| Catering | 371.66 | 557.46 | 929.12 |
| **Food Cost** | | | |
| Produce | 8,575.48 | 5,498.92 | 14,074.40 |
| Spices | 279.62 | 226.08 | 505.70 |
| Grocery | 5,341.17 | 7,347.25 | 12,688.42 |
| Meat | 10,680.86 | 11,280.36 | 21,961.22 |
| Dairy | 6,235.55 | 5,579.83 | 11,815.38 |
| **Total Food Cost** | 31,112.68 | 29,932.44 | 61,045.12 |
| | | | |
| **Beverage Cost** | | | |
| Alcohol Cost | 178.38 | 237.84 | 416.22 |
| Beverage Cost - Other | 2,610.88 | 2,522.73 | 5,133.61 |
| **Total Beverage Cost** | 2,789.26 | 2,760.57 | 5,549.83 |
| | | | |
| Paper & Packaging Cost | 3,398.04 | 3,794.41 | 7,192.45 |
| Cash Over/Short | 9.85 | 0.90 | 10.75 |
| **Total Cost of Goods Sold** | 38,199.72 | 37,522.39 | 75,722.11 |
| | | | |
| **Total COGS** | 38,199.72 | 37,522.39 | 75,722.11 |
| | | | |
| **Gross Profit** | 58,041.74 | 50,514.23 | 108,555.97 |
| | | | |
| **Expense** | | | |
| **Labor Cost - Direct** | | | |
| Cash Bonus | 280.00 | 280.00 | 560.00 |
| Hourly Wages | 15,964.55 | 18,312.50 | 34,277.05 |
| Managers' Salary | 2,503.89 | 4,751.37 | 7,255.26 |
| **Total Labor Cost - Direct** | 18,748.44 | 23,343.87 | 42,092.31 |
| | | | |
| **Marketing Expense** | | | |
| Atlanta Marketing Co-op | 1,154.92 | 1,328.72 | 2,483.64 |
| National Marketing Co-op | 1,539.90 | 1,771.62 | 3,311.52 |
| Marketing Expense - Other | 0.00 | 700.00 | 700.00 |

Case 15-51333-lrc   Doc 72   Filed 04/10/15   Entered 04/10/15 11:34:28   Desc Main
Document   Page 15 of 17

# TIP II - Suburban, LLC
## Profit & Loss
### January through February 2015

|  | Jan 15 | Feb 15 | TOTAL |
|---|---|---|---|
| **Total Marketing Expense** | 2,694.82 | 3,800.34 | 6,495.16 |
|  |  |  |  |
| **Occupancy Expense** |  |  |  |
| **Storage** | 0.00 | 600.00 | 600.00 |
| **Cleaning** | 0.00 | 20.96 | 20.96 |
| **Insurance** | 2,245.15 | 1,416.45 | 3,661.60 |
| **Music & TV** | 1,536.29 | 191.55 | 1,727.84 |
| **Maintenance** |  |  |  |
| **Repairs** | 136.56 | 18.17 | 154.73 |
| **Knife Sharpening** | 30.00 | 15.00 | 45.00 |
| **Restroom Cleaning & Supplies** | 593.28 | 458.85 | 1,052.13 |
| **Co2 Rental** | 112.00 | 101.30 | 213.30 |
| **Pest Control** | 0.00 | 108.44 | 108.44 |
| **Window Cleaning** | 0.00 | 25.00 | 25.00 |
| **Maintenance - Other** | 0.00 | 15.00 | 15.00 |
| **Total Maintenance** | 871.84 | 741.76 | 1,613.60 |
|  |  |  |  |
| **Property taxes** | 413.12 | 413.12 | 826.24 |
| **Rent** |  |  |  |
| **CAM Cost** | 282.90 | -435.52 | -152.62 |
| **Rent - Other** | 4,580.62 | 4,580.62 | 9,161.24 |
| **Total Rent** | 4,863.52 | 4,145.10 | 9,008.62 |
|  |  |  |  |
| **Utilities** |  |  |  |
| **Water & Sewer** | 0.00 | 619.20 | 619.20 |
| **Telephone** | 246.67 | 237.01 | 483.68 |
| **Electric** | 1,315.86 | 0.00 | 1,315.86 |
| **Waste** | 468.69 | 545.56 | 1,014.25 |
| **Gas** | 500.76 | 441.32 | 942.08 |
| **Total Utilities** | 2,531.98 | 1,843.09 | 4,375.07 |
|  |  |  |  |
| **Total Occupancy Expense** | 12,461.90 | 9,372.03 | 21,833.93 |
|  |  |  |  |
| **Overhead Expenses** |  |  |  |
| **Franchise royalties (5%)** | 3,849.75 | 4,429.07 | 8,278.82 |
| **Equipment & Supplies** | 700.00 | 29.11 | 729.11 |
| **Laundry Cost** | 345.72 | 454.62 | 800.34 |
| **Bank Service Charges** |  |  |  |
| **Credit card service chg.** | 1,929.86 | 1,956.21 | 3,886.07 |
| **Bank Service Charges - Other** | 64.66 | 54.51 | 119.17 |
| **Total Bank Service Charges** | 1,994.52 | 2,010.72 | 4,005.24 |
|  |  |  |  |
| **Contributions** | 0.00 | 25.13 | 25.13 |
| **Licenses & Permits** |  |  |  |
| **Use Tax** | 0.13 | 0.00 | 0.13 |
| **Total Licenses & Permits** | 0.13 | 0.00 | 0.13 |
|  |  |  |  |
| **Office Supplies** | 403.77 | 147.85 | 551.62 |
| **Professional Fees** |  |  |  |
| **Payroll Expenses** | 145.90 | 145.90 | 291.80 |

**12:05 PM**
**03/16/15**
**Accrual Basis**

# TIP II - Suburban, 1 LLC
## Profit & Loss
### January through February 2015

|  | Jan 15 | Feb 15 | TOTAL |
|---|---|---|---|
| Accounting | 750.00 | 750.00 | 1,500.00 |
| Total Professional Fees | 895.90 | 895.90 | 1,791.80 |
|  |  |  |  |
| Total Overhead Expenses | 8,189.79 | 7,992.40 | 16,182.19 |
|  |  |  |  |
| Total Expense | 42,094.95 | 44,508.64 | 86,603.59 |
|  |  |  |  |
| Net Ordinary Income | 15,946.79 | 6,005.59 | 21,952.38 |
|  |  |  |  |
| Other Income/Expense |  |  |  |
| Other Income |  |  |  |
| Vendors Compensation | 108.68 | 105.65 | 214.33 |
| Total Other Income | 108.68 | 105.65 | 214.33 |
|  |  |  |  |
| Other Expense |  |  |  |
| Other Expenses | 5,008.00 | 0.00 | 5,008.00 |
| Total Other Expense | 5,008.00 | 0.00 | 5,008.00 |
|  |  |  |  |
| Net Other Income | -4,899.32 | 105.65 | -4,793.67 |
|  |  |  |  |
| Net Income | 11,047.47 | 6,111.24 | 17,158.71 |

### Certificate of Service

This is to certify that I have this day filed a true and correct copy of the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

This 10th day of April, 2015.

*/s/ Will B. Geer*
Will B. Geer
Georgia State Bar No. 940493
Attorney for Debtors
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
T: 678-587-8740
F: 404-287-2767
willgeer@willgeerlaw.com