# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Taylor Investment Partners II, LLC, et al ) | CASE NO. 15-51333-MHM |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER GRANTING INTERIM APPLICATION FOR COMPENSATION OF DEBTORS' ATTORNEY

On May 6, 2015, the Law Office of Will B. Geer, LLC ("Applicant" or "Geer") filed its *Interim Application for Chapter 11 Compensation of the Attorney-at-Law Representing Debtors* (Doc. No. 84) (the "Application"). By its *Certificate of Service* filed May 8, 2015 (Doc. No. 86), Applicant represents that it caused a notice of hearing to be served on all parties in interest, pursuant to which a hearing on the Application was held June 3, 2015 (the "Hearing"). No written objections to the Application were filed prior to the Hearing, and no objections were raised at the Hearing. For good cause shown, it is hereby:

**ORDERED** that the Application is *granted* pursuant to 11 U.S.C. §330: Applicant is awarded $32,790.00 in fees and $5,423.21 in expenses for services rendered as counsel to Debtors from January 15, 2015 to May 5, 2015, for a total of $38,213.21, and such award is allowed as an administrative expense in this case. It is further

**ORDERED** that Applicant is authorized to apply its $25,000.00 pre-petition retainer to the awarded fees and expenses, and Debtors are authorized and directed to pay Applicant the $13,213.21 balance of such award.

IT IS SO ORDERED, this the 4th day of June, 2015.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Draft Prepared and Presented by:
Law Office of Will B. Geer, LLC

/s/
Will B. Geer
Georgia State Bar No. 940493
Law Office of Will B. Geer, LLC
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
(678) 587-8740 Telephone
(404) 287-8740 Facsimile
**Attorney for Debtors**

## Distribution List

Law Office of Will B. Geer
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Benjamin Prevost
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia
30309-3450

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Coca-Cola Refreshments
p.o. box 403390
Atlanta, GA 30384-3390

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Ichter Thomas, LLC
3340 Peachtree Road, N.E.
Suite 1530
Atlanta, GA 30326

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Cintas Corporation
5180 Panola Industrial Rd.
Decatur, GA 30035-4062

Scana Energy
3344 Peachtree Road, NE
Suite 2150
Atlanta, GA 30326-4808

Phoenix Wholesale Food Service
16 Forest Parkway
Forest Park, GA 30297-2015

Selig Enterprises, Inc.
1100 Spring Street Northwest
Suite 550
Atlanta, GA 30309-2848

Liquid Environmental Solutions
PARACORP INCORPORATED
368 W. Pike St., Suite 104
Lawrenceville, GA 30046-3240

Merchants Food Service
c/o Joseph Tullos
P.O. Box 18109
Hattiesburg MS 39404

Regions Bank
Corporation Service Company
40 Technology Pkwy, Suite 300
Norcross, GA 30092-2924

Chamberlain, Hrdlicka
191 Peachtree St., N.E.
Thirty-Fourth Floor
Atlanta, GA 30344

Cohen, Pollack, Merlin & Small
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339-3359

Magoon, Freeman, Spain & Jones
3600 Mansell Road
Suite 575
Alpharetta, GA 30022

Christopher S. Morocco
3007 Arden Road, NW
Atlanta GA 30305

Taylor Investment Partners II, LLC
TIP II-Ansley, LLC
TIP II-Suburban, LLC
4605 Ponte Vedra Drive, SE
Marietta, Georgia 30067

Robert J. Wilkinson
Law Office of W. Thomas Bible, Jr.
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421-1781