FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 OCT -6 PM 1: 14

REGINA THOMAS
CLERK
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| TAYLOR INVESTMENT ) | Jointly Administered |
| PARTNERS II, LLC, *et al.* ) | |
| ) | CASE NO. 15-51333-MHM |
| Debtors. ) | |
| ——————————————) | |
| ) | |
| MOE'S FRANCHISOR, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| TAYLOR INVESTMENT ) | |
| PARTNERS II, LLC, TIP II- ) | |
| ANSLEY, LLC, and TIP II- ) | |
| SUBURBAN, LLC, ) | |
| ) | |
| Respondents. ) | |
| ——————————————) | |

### BRIEF OF MOE'S SOUTHWEST GRILL, LLC, MOE'S SOUTHWEST HOLDING, LLC, H. MARTIN SPROCK, III AND RAVING BRAND HOLDINGS, INC. IN SUPPORT OF MOTION BY MOE'S FRANCHISOR LLC FOR APPOINTMENT OF A TRUSTEE

Moe's Southwest Grill, LLC, Moe's Southwest Holding, LLC, H. Martin Sprock, III and Raving Brand Holdings, Inc. (the "Raving Brand Parties"), creditors and parties in interest, hereby submit this Brief in Support of the Motion by Moe's Franchisor LLC for Appointment of a Trustee Pursuant to Section

1104(a) of the Bankruptcy Code [Doc 111]. Based upon the argument and authority set forth in the Motion, in which the Raving Brand Parties join, the Raving Brand Parties respectfully urge the Court to grant the Motion and enter an order directing the appointment of a Trustee for the Debtors.

                Respectfully submitted,

                */s/ James C. Morton*
                James C. Morton
                Georgia Bar No. 526025

                *Attorney for **MOE'S SOUTHWEST GRILL, LLC, MOE'S SOUTHWEST HOLDING, LLC, H. MARTIN SPROCK, III AND RAVING BRAND HOLDINGS, INC.***

Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
T: (404) 966-5133
F: (404) 806-2525
E: jcm-law@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing BRIEF OF MOE'S SOUTHWEST GRILL, LLC, MOE'S SOUTHWEST HOLDING, LLC, H. MARTIN SPROCK, III AND RAVING BRAND HOLDINGS, INC. IN SUPPORT OF MOTION BY MOE'S FRANCHISOR LLC FOR APPOINTMENT OF A TRUSTEE to be served upon the following by first-class mail addressed to:

> Will B. Geer, Esq.
> Law Office of Will B. Geer, LLC
> 333 Sandy Springs Circle, NE
> Suite 225
> Atlanta, GA 30328
>
> Mark J. Friedman, Esq.
> DLA Piper LLP (US)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, MD 21209-3600
>
> Lindsay P. S. Kolba
> Office of the U.S. Trustee
> Suite 362
> 75 Ted Turner Drive, S.W.
> Atlanta, GA 30303

This 6th day of October, 2015.

James C. Morton
Georgia Bar No. 526025