B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

In re   TIP II Ansley LLC                                    ,

*Debtor*

Case No.   15-51335

Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   August 2015

Date filed:   09/24/2015

Line of Business:   Restaurant

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

David P. Titshaw

Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX     ☐     ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 85,555.54 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 53,113.19 |
| Cash on Hand at End of Month | $ | 56,398.87 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 56,398.87 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 80,749.68 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 85,555.54 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 80,749.68 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 4,805.86 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                                    $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                               $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                                          $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                                        $ _____

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|              | Projected | Actual | Difference |
|--------------|-----------|--------|------------|
| INCOME       | $         | $      | $          |
| EXPENSES     | $         | $      | $          |
| CASH PROFIT  | $         | $      | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:               $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:             $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:          $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

This Report is prepared to the best of the
responsible party's knowledge



# REGIONS

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

00008390 02 AT 0.416 002
TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

| | |
|---|---|
| ACCOUNT # | 053 |
| Cycle | 060 |
| | 27 |
| Enclosures | 55 |
| Page | 1 of 10 |

## RELATIONSHIP PLUS BASIC CHECKING
August 1, 2015 through August 31, 2015

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $53,113.19 | | | |
| Deposits & Credits | $85,656.32 | + | Minimum Daily Balance | $41,367 |
| Withdrawals | $25,660.27 | − | Average Monthly Statement Balance | $48,990 |
| Fees | $60.26 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $56,650.11 | − | | |
| Ending Balance | $56,398.87 | | | |

### DEPOSITS & CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 08/03 | Zifty LLC | Settlement Moes Decatur | 8.42 |
| 08/03 | Zifty LLC | Settlement Moes Decatur | 12.13 |
| 08/03 | Spl 888-775-4254 Credit Regions Ansley Regions Ansley | | 29.39 |
| 08/03 | Zifty LLC | Settlement Moes Ansley | 68.68 |
| 08/03 | Zifty LLC | Settlement Moes Ansley | 110.60 |
| 08/03 | Zifty LLC | Settlement Moes Ansley | 137.80 |
| 08/03 | Deposit - Thank You | | 327.93 |
| 08/03 | American Express Settlement Moe's | 41 4100740034 | 537.50 |
| 08/03 | Deposit - Thank You | | 611.17 |
| 08/03 | Deposit - Thank You | | 716.85 |
| 08/03 | American Express Settlement Moe's | 41 4100740034 | 1,106.33 |
| 08/03 | Ums | Deposit Moes Southwest 903218378995 | 1,299.13 |
| 08/04 | Zifty LLC | Settlement Moes Ansley | 141.57 |
| 08/04 | American Express Settlement Moe's | 41 4100740034 | 391.68 |
| 08/04 | Deposit - Thank You | | 1,148.88 |
| 08/04 | Ums | Deposit Moes Southwest 903218378995 | 1,475.39 |
| 08/04 | Ums | Deposit Moes Southwest 903218378995 | 1,512.84 |
| 08/04 | Ums | Deposit Moes Southwest 903218378995 | 1,559.45 |
| 08/05 | Zifty LLC | Settlement Moes Ansley | 94.20 |
| 08/05 | American Express Settlement Moe's | 41 4100740034 | 343.62 |
| 08/05 | Deposit - Thank You | | 765.78 |
| 08/05 | Ums | Deposit Moes Southwest 903218378995 | 1,420.64 |
| 08/06 | Zifty LLC | Settlement Moes Decatur | 39.01 |
| 08/06 | Zifty LLC | Settlement Moes Ansley | 47.20 |
| 08/06 | American Express Settlement Moe's | 41 4100740034 | 719.03 |
| 08/06 | Deposit - Thank You | | 1,016.07 |
| 08/06 | Ums | Deposit Moes Southwest 903218378995 | 2,519.49 |
| 08/07 | Zifty LLC | Settlement Moes Decatur | 16.86 |
| 08/07 | Zifty LLC | Settlement Moes Ansley | 187.92 |
| 08/07 | American Express Settlement Moe's | 41 4100740034 | 339.83 |
| 08/07 | Deposit - Thank You | | 937.56 |
| 08/07 | Ums | Deposit Moes Southwest 903218378995 | 1,808.99 |
| 08/10 | Zifty LLC | Settlement Moes Decatur | 9.37 |
| 08/10 | Stored Valu | Fdclgift Fdclgift | 9.91 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                                      053

|                  | Cycle      | 060  |
|                  | Enclosures | 27   |
|                  | Page       | 55   |
|                  |            | 2 of 10 |

## DEPOSITS & CREDITS (CONTINUED)

| Date  | Description | | Amount |
|-------|-------------|---|--------|
| 08/10 | Spl 888-775-4254 Credit Regions Ansley Regions Ansley | | 49.11 |
| 08/10 | Zifty LLC | Settlement Moes Ansley | 110.08 |
| 08/10 | Zifty LLC | Settlement Moes Ansley | 124.71 |
| 08/10 | Zifty LLC | Settlement Moes Ansley | 135.99 |
| 08/10 | American Express Settlement Moe's | 41 4100740034 | 369.40 |
| 08/10 | Deposit - Thank You | | 550.88 |
| 08/10 | American Express Settlement Moe's | 41 4100740034 | 656.55 |
| 08/10 | Deposit - Thank You | | 661.29 |
| 08/10 | Deposit - Thank You | | 850.32 |
| 08/10 | Ums | Deposit Moes Southwest 903218378995 | 1,598.06 |
| 08/11 | Zifty LLC | Settlement Moes Decatur | 9.72 |
| 08/11 | Zifty LLC | Settlement Moes Ansley | 155.11 |
| 08/11 | American Express Settlement Moe's | 41 4100740034 | 385.35 |
| 08/11 | Ums | Deposit Moes Southwest 903218378995 | 1,222.32 |
| 08/11 | Ums | Deposit Moes Southwest 903218378995 | 1,463.56 |
| 08/11 | Deposit - Thank You | | 1,528.36 |
| 08/11 | Ums | Deposit Moes Southwest 903218378995 | 2,133.79 |
| 08/12 | Zifty LLC | Settlement Moes Ansley | 138.72 |
| 08/12 | American Express Settlement Moe's | 41 4100740034 | 377.30 |
| 08/12 | Deposit - Thank You | | 621.23 |
| 08/12 | Ums | Deposit Moes Southwest 903218378995 | 1,039.92 |
| 08/13 | Zifty LLC | Settlement Moes Ansley | 104.67 |
| 08/13 | Deposit - Thank You | | 366.88 |
| 08/13 | American Express Settlement Moe's | 41 4100740034 | 478.32 |
| 08/13 | Ums | Deposit Moes Southwest 903218378995 | 2,199.40 |
| 08/14 | Zifty LLC | Settlement Moes Decatur | 19.21 |
| 08/14 | Zifty LLC | Settlement Moes Ansley | 125.96 |
| 08/14 | American Express Settlement Moe's | 41 4100740034 | 548.42 |
| 08/14 | Deposit - Thank You | | 841.15 |
| 08/14 | Ums | Deposit Moes Southwest 903218378995 | 2,242.12 |
| 08/17 | Zifty LLC | Settlement Moes Decatur | 15.82 |
| 08/17 | Zifty LLC | Settlement Moes Ansley | 31.07 |
| 08/17 | Stored Valu | Fdclgift Fdclgift | 39.91 |
| 08/17 | Zifty LLC | Settlement Moes Ansley | 56.22 |
| 08/17 | Spl 888-775-4254 Credit Regions Ansley Regions Ansley | | 104.75 |
| 08/17 | Zifty LLC | Settlement Moes Ansley | 108.07 |
| 08/17 | Zifty LLC | Settlement Moes Ansley | 116.72 |
| 08/17 | American Express Settlement Moe's | 41 4100740034 | 431.72 |
| 08/17 | Deposit - Thank You | | 551.00 |
| 08/17 | Deposit - Thank You | | 578.49 |
| 08/17 | Deposit - Thank You | | 689.39 |
| 08/17 | American Express Settlement Moe's | 41 4100740034 | 857.25 |
| 08/17 | Ums | Deposit Moes Southwest 903218378995 | 1,606.95 |
| 08/18 | Zifty LLC | Settlement Moes Decatur | 9.51 |
| 08/18 | Zifty LLC | Settlement Moes Ansley | 155.16 |
| 08/18 | American Express Settlement Moe's | 41 4100740034 | 618.54 |
| 08/18 | Ums | Deposit Moes Southwest 903218378995 | 1,233.99 |
| 08/18 | Ums | Deposit Moes Southwest 903218378995 | 1,302.90 |
| 08/18 | Ums | Deposit Moes Southwest 903218378995 | 1,733.28 |
| 08/19 | Zifty LLC | Settlement Moes Decatur | 11.44 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                053

| | 060 |
|---|---|
| Cycle | 27 |
| Enclosures | 55 |
| Page | 3 of 10 |

## DEPOSITS & CREDITS (CONTINUED)

| Date | | | | Amount |
|---|---|---|---|---|
| 08/19 | Zifty LLC | Settlement Moes Ansley | | 141.50 |
| 08/19 | American Express Settlement Moe's | 41 4100740034 | | 329.03 |
| 08/19 | Ums | Deposit Moes Southwest 903218378995 | | 1,581.32 |
| 08/20 | Zifty LLC | Settlement Moes Decatur | | 16.78 |
| 08/20 | Zifty LLC | Settlement Moes Ansley | | 113.28 |
| 08/20 | American Express Settlement Moe's | 41 4100740034 | | 480.31 |
| 08/20 | Ums | Deposit Moes Southwest 903218378995 | | 1,900.88 |
| 08/21 | Zifty LLC | Settlement Moes Ansley | | 194.35 |
| 08/21 | American Express Settlement Moe's | 41 4100740034 | | 418.45 |
| 08/21 | Ums | Deposit Moes Southwest 903218378995 | | 1,160.11 |
| 08/24 | Zifty LLC | Settlement Moes Decatur | | 20.45 |
| 08/24 | Zifty LLC | Settlement Moes Decatur | | 24.39 |
| 08/24 | Zifty LLC | Settlement Moes Decatur | | 29.68 |
| 08/24 | Spl 888-775-4254 Credit Regions Ansley Regions Ansley | | | 57.75 |
| 08/24 | Zifty LLC | Settlement Moes Ansley | | 69.91 |
| 08/24 | Zifty LLC | Settlement Moes Ansley | | 113.00 |
| 08/24 | Zifty LLC | Settlement Moes Ansley | | 116.47 |
| 08/24 | Deposit - Thank You | | | 309.35 |
| 08/24 | American Express Settlement Moe's | 41 4100740034 | | 420.15 |
| 08/24 | Deposit - Thank You | | | 437.62 |
| 08/24 | Deposit - Thank You | | | 471.50 |
| 08/24 | Deposit - Thank You | | | 597.26 |
| 08/24 | Deposit - Thank You | | | 711.20 |
| 08/24 | Deposit - Thank You | | | 785.00 |
| 08/24 | Deposit - Thank You | | | 847.38 |
| 08/24 | American Express Settlement Moe's | 41 4100740034 | | 1,114.14 |
| 08/24 | Ums | Deposit Moes Southwest 903218378995 | | 1,331.40 |
| 08/25 | Zifty LLC | Settlement Moes Decatur | | 34.37 |
| 08/25 | Zifty LLC | Settlement Moes Ansley | | 148.58 |
| 08/25 | American Express Settlement Moe's | 41 4100740034 | | 347.53 |
| 08/25 | Ums | Deposit Moes Southwest 903218378995 | | 688.52 |
| 08/25 | Deposit - Thank You | | | 1,060.37 |
| 08/25 | Ums | Deposit Moes Southwest 903218378995 | | 1,256.14 |
| 08/25 | Ums | Deposit Moes Southwest 903218378995 | | 1,955.69 |
| 08/26 | Zifty LLC | Settlement Moes Decatur | | 10.21 |
| 08/26 | Zifty LLC | Settlement Moes Ansley | | 51.17 |
| 08/26 | American Express Settlement Moe's | 41 4100740034 | | 447.86 |
| 08/26 | Deposit - Thank You | | | 590.62 |
| 08/26 | Ums | Deposit Moes Southwest 903218378995 | | 1,208.04 |
| 08/27 | Zifty LLC | Settlement Moes Decatur | | 41.52 |
| 08/27 | Zifty LLC | Settlement Moes Ansley | | 113.54 |
| 08/27 | American Express Settlement Moe's | 41 4100740034 | | 452.76 |
| 08/27 | Deposit - Thank You | | | 671.54 |
| 08/27 | Ums | Deposit Moes Southwest 903218378995 | | 2,389.12 |
| 08/28 | Zifty LLC | Settlement Moes Decatur | | 20.14 |
| 08/28 | Zifty LLC | Settlement Moes Ansley | | 158.39 |
| 08/28 | American Express Settlement Moe's | 41 4100740034 | | 430.33 |
| 08/28 | Deposit - Thank You | | | 620.26 |
| 08/28 | Ums | Deposit Moes Southwest 903218378995 | | 1,449.01 |
| 08/31 | Zifty LLC | Settlement Moes Decatur | | 25.30 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

| | |
|---|---|
| ACCOUNT # | 053 |

| | |
|---|---|
| | 060 |
| Cycle | 27 |
| Enclosures | 55 |
| Page | 4 of 10 |

## DEPOSITS & CREDITS (CONTINUED)

| | | | | |
|---|---|---|---|---|
| 08/31 | Spl 888-775-4254 Credit Regions Ansley Regions Ansley | | | 64.81 |
| 08/31 | Zifty LLC | Settlement Moes Ansley | | 80.28 |
| 08/31 | Zifty LLC | Settlement Moes Ansley | | 104.23 |
| 08/31 | Zifty LLC | Settlement Moes Ansley | | 115.55 |
| 08/31 | American Express Settlement Moe's | 41 4100740034 | | 382.20 |
| 08/31 | Deposit - Thank You | | | 525.80 |
| 08/31 | Deposit - Thank You | | | 583.33 |
| 08/31 | Deposit - Thank You | | | 695.61 |
| 08/31 | American Express Settlement Moe's | 41 4100740034 | | 852.32 |
| 08/31 | Ums | Deposit Moes Southwest 903218378995 | | 1,457.22 |

| | |
|---|---|
| Total Deposits & Credits | $85,656.32 |

## WITHDRAWALS

| | | | |
|---|---|---|---|
| 08/03 | Stored Valu | Fdclgift Fdclgift | 49.74 |
| 08/04 | Merchant Bnkcd  Deposit Moe's SW Grill 335201083888 | | 5.12 |
| 08/04 | Ums | Discount Moes Southwest 903218378995 | 57.46 |
| 08/04 | 2274 | Tip II Impound Billing Impoun | 72.95 |
| 08/04 | Ums | Fee Moes Southwest 903218378995 | 95.85 |
| 08/04 | American Express Axp Discnt Moe's | 41 4100740034 | 325.26 |
| 08/04 | Ums | Interchng Moes Southwest 903218378995 | 1,256.60 |
| 08/04 | 2274 | Tip II Impound Tax Impound | 1,635.23 |
| 08/04 | 2274 | Tip II Impound DD Impound | 3,458.23 |
| 08/11 | Moes Focus Nmf  Coop Atl - Ansley M 0600- 159000M | | 627.18 |
| 08/11 | Moes Focus Nmf  Marketing Atl - Ansley M 0600- 159000M | | 836.24 |
| 08/11 | Moes Focus Nmf  Royalty Atl - Ansley M 0600- 159000M | | 2,090.59 |
| 08/18 | 2274 | Tip II Impound Billing Impoun | 80.45 |
| 08/18 | 2274 | Tip II Impound Tax Impound | 1,651.02 |
| 08/18 | 2274 | Tip II Impound DD Impound | 3,366.75 |
| 08/20 | Georgia Its Tax  GA TX Pymt Moes Southwest 185429088 | | 6,188.12 |
| 08/24 | Stored Valu | Fdclgift Fdclgift | 19.33 |
| 08/25 | Moes Focus Nmf  Lag Atl - Ansley M 0600- 159000M | | 584.14 |
| 08/25 | Moes Focus Nmf  Marketing Atl - Ansley M 0600- 159000M | | 778.86 |
| 08/25 | Moes Focus Nmf  Royalty Atl - Ansley M 0600- 159000M | | 1,947.13 |
| 08/26 | Att | Payment Tip II Ansley | 528.93 |
| 08/31 | Stored Valu | Fdclgift Fdclgift | 5.09 |

| | |
|---|---|
| Total Withdrawals | $25,660.27 |

## FEES

| | | |
|---|---|---|
| 08/03 | Cash Deposit Fee | 45.31 |
| 08/31 | Quickbooks Monthly Fee | 14.95 |

| | |
|---|---|
| Total Fees | $60.26 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                      053

|       |       |
|-------|-------|
| Cycle | 060   |
| Enclosures | 27 |
| Page  | 55    |
|       | 5 of 10 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 08/11 | 1130 | 592.74 | 08/28 | 6091 | 948.96 |
| 08/10 | 1131 | 250.00 | 08/26 | 6092 | 319.44 |
| 08/14 | 1132 | 1,000.00 | 08/28 | 6093 | 5,267.36 |
| 08/13 | 1133 | 150.00 | 08/31 | 6094 | 135.65 |
| 08/06 | 6058 * | 585.00 | 08/07 | 17585 * | 424.87 |
| 08/05 | 6063 * | 703.56 | 08/06 | 17586 | 657.22 |
| 08/03 | 6065 * | 25.00 | 08/07 | 17587 | 571.14 |
| 08/07 | 6070 * | 294.00 | 08/06 | 17588 | 578.56 |
| 08/06 | 6071 | 161.19 | 08/06 | 17589 | 524.09 |
| 08/06 | 6072 | 409.50 | 08/10 | 17591 * | 424.89 |
| 08/06 | 6073 | 105.16 | 08/06 | 17592 | 472.66 |
| 08/05 | 6074 | 6,191.95 | 08/06 | 17593 | 229.59 |
| 08/20 | 6075 | 1,036.45 | 08/06 | 17594 | 487.26 |
| 08/04 | 6076 | 10,893.34 | 08/19 | 17595 | 599.74 |
| 08/03 | 6077 | 750.00 | 08/07 | 17596 | 597.12 |
| 08/19 | 6078 | 150.09 | 08/24 | 17597 | 498.19 |
| 08/11 | 6079 | 5,811.58 | 08/19 | 17598 | 665.50 |
| 08/18 | 6080 | 224.37 | 08/21 | 17599 | 482.42 |
| 08/17 | 6081 | 1,100.18 | 08/20 | 17600 | 402.74 |
| 08/19 | 6082 | 43.85 | 08/21 | 17601 | 531.37 |
| 08/19 | 6083 | 150.09 | 08/21 | 17602 | 578.52 |
| 08/19 | 6084 | 5,746.91 | 08/19 | 17603 | 496.67 |
| 08/17 | 6085 | 1,005.75 | 08/26 | 17604 | 259.62 |
| 08/28 | 6086 | 103.15 | 08/20 | 17605 | 527.83 |
| 08/31 | 6087 | 25.00 | 08/27 | 17606 | 611.81 |
| 08/31 | 6088 | 210.32 | 08/19 | 17607 | 271.02 |
| 08/28 | 6089 | 714.34 | 08/20 | 17608 | 603.50 |
| 08/31 | 6090 | 48.91 |  |  |  |

* Break In Check Number Sequence.          Total Checks    $56,650.11

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/03 | 57,209.07 | 08/12 | 46,470.06 | 08/21 | 42,931.04 |
| 08/04 | 45,638.84 | 08/13 | 49,469.33 | 08/24 | 49,870.17 |
| 08/05 | 41,367.57 | 08/14 | 52,246.19 | 08/25 | 52,051.24 |
| 08/06 | 41,498.20 | 08/17 | 55,327.62 | 08/26 | 53,251.15 |
| 08/07 | 42,902.23 | 08/18 | 55,058.41 | 08/27 | 56,307.82 |
| 08/10 | 47,353.01 | 08/19 | 48,595.09 | 08/28 | 51,952.14 |
| 08/11 | 44,292.89 | 08/20 | 42,219.07 | 08/31 | 56,398.87 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                                      053

|  |  |
|---|---|
| Cycle | 060 |
|  | 27 |
| Enclosures | 55 |
| Page | 6 of 10 |

**REGIONS MERCHANT SERVICES CAN HELP YOU
PROTECT YOUR BUSINESS FROM CARD FRAUD.
EFFECTIVE 10-1-15, IF YOU PROCESS A
CHIPCARD TRANSACTION USING A MAGNETIC -
STRIPE (NON-EMV) CARD TERMINAL AND THE
TRANSACTION TURNS OUT TO BE FRAUDULENT
OR UNAUTHORIZED, YOUR BUSINESS MAY BE
LIABLE FOR THAT TRANSACTION. VISIT
REGIONS.COM/MERCHANTSERVICES OR CALL
800-REGIONS FOR HELP TO AVOID THIS RISK.**

For all your banking needs, please call **1-800-REGIONS (734-4667)**.
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                    053

Page            7   of 10



| Check# 1130  08/11/2015  $592.74 | Check# 1131  08/10/2015  $250.00 | Check# 1132  08/14/2015  $1000.00 |
| Check# 1133  08/13/2015  $150.00 | Check# 6058  08/06/2015  $585.00 | Check# 6063  08/05/2015  $703.56 |
| Check# 6065  08/03/2015  $25.00 | Check# 6070  08/07/2015  $294.00 | Check# 6071  08/06/2015  $161.19 |
| Check# 6072  08/06/2015  $409.50 | Check# 6073  08/06/2015  $105.16 | Check# 6074  08/05/2015  $6191.95 |
| Check# 6075  08/20/2015  $1036.45 | Check# 6076  08/04/2015  $10893.34 | Check# 6077  08/03/2015  $750.00 |
| Check# 6078  08/19/2015  $150.09 | Check# 6079  08/11/2015  $5811.58 | Check# 6080  08/18/2015  $224.37 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                     053

Page              8   of 10



| Check# 6081 | 08/17/2015 | $1100.18 | Check# 6082 | 08/19/2015 | $43.85 | Check# 6083 | 08/19/2015 | $150.09 |
|---|---|---|---|---|---|---|---|---|
| Check# 6084 | 08/19/2015 | $5746.91 | Check# 6085 | 08/17/2015 | $1005.75 | Check# 6086 | 08/28/2015 | $103.15 |
| Check# 6087 | 08/31/2015 | $25.00 | Check# 6088 | 08/31/2015 | $210.32 | Check# 6089 | 08/28/2015 | $714.34 |
| Check# 6090 | 08/31/2015 | $48.91 | Check# 6091 | 08/28/2015 | $948.96 | Check# 6092 | 08/26/2015 | $319.44 |
| Check# 6093 | 08/28/2015 | $5267.36 | Check# 6094 | 08/31/2015 | $135.65 | Check# 17585 | 08/07/2015 | $424.87 |
| Check# 17586 | 08/06/2015 | $657.22 | Check# 17587 | 08/07/2015 | $571.14 | Check# 17588 | 08/06/2015 | $578.56 |

Regions Bank
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                053

Page                     9  of 10



| Check# 17589 | 08/06/2015 | $524.03 | Check# 17591 | 08/10/2015 | $424.89 | Check# 17592 | 08/06/2015 | $472.66 |
| Check# 17593 | 08/06/2015 | $229.59 | Check# 17594 | 08/06/2015 | $487.26 | Check# 17595 | 08/19/2015 | $599.74 |
| Check# 17596 | 08/07/2015 | $597.12 | Check# 17597 | 08/24/2015 | $498.19 | Check# 17598 | 08/19/2015 | $665.50 |
| Check# 17599 | 08/21/2015 | $482.42 | Check# 17600 | 08/19/2015 | $402.74 | Check# 17601 | 08/20/2015 | $531.37 |
| Check# 17602 | 08/21/2015 | $578.52 | Check# 17603 | 08/19/2015 | $496.67 | Check# 17604 | 08/26/2015 | $259.62 |
| Check# 17605 | 08/20/2015 | $527.83 | Check# 17606 | 08/27/2015 | $611.81 | Check# 17607 | 08/19/2015 | $271.02 |

**Regions Bank**
Ansley Mall
1544 Piedmont RD, Suite 215
Atlanta, GA 30324

TIP II - ANSLEY, LLC
DBA MOE'S SOUTHWESTERN GRILL
DEBTOR IN POSESSION
4605 PONTE VEDRA DR SE
MARIETTA GA 30067-4637

ACCOUNT #                053

Page          10   of 10



**Check# 17608      08/20/2015      $603.50**

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | $ |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL THE PHONE NUMBER ON THE REVERSE SIDE OF THIS STATEMENT OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**<u>Certificate of Service</u>**

      This is to certify that I have this day filed a true and correct copy of the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Office of the U.S. Trustee

362 Richard B. Russell Federal Building

75 Spring Street, SW

Atlanta, Georgia 30303

This 9th day of October, 2015.

                                */s/ Will B. Geer*

                                Will B. Geer

                                Georgia State Bar No. 940493

                                Attorney for Debtors

                                333 Sandy Springs Circle, NE

                                Suite 225

                                Atlanta, Georgia 30328

                                T: 678-587-8740

                                F: 404-287-2767

                                willgeer@willgeerlaw.com