UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Joint Administration under |
| **Taylor Investment Partners II, LLC,** *et al,* | ) | CASE NO. **15-51333** - MHM |
| | ) | |
| Debtors. | ) | |

### ORDER APPROVING ASSUMPTION OF
### NONRESIDENTIAL REAL PROPERTY LEASE

Debtor TIP-II Ansley, LLC filed its *Motion to Approve Assumption of Nonresidential Real Property Lease* March 10, 2015 (Doc. No. 56) (the "Motion"), seeking an Order pursuant to 11 U.S.C. §§105(a) and 365(a) authorizing Debtor to assume a pre-petition lease dated January 20, 2003 (the "Lease") regarding the business premises at 1544 Piedmont Road, Suite 303, Atlanta, Georgia 30324, entered into by and between TIP-II Ansley, LLC as Lessee and Selig Enterprises, Inc. ("Selig") as Lessor. Hearing on the Motion was held October 9, 2015. Counsel for Debtor, counsel for the United States Trustee, and counsel for Selig appeared at the hearing. No opposition has been presented to the relief requested in the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is ***granted:*** the Lease is deemed assumed pursuant to 11 U.S.C. §365(a).

IT IS SO ORDERED, this the 9th day of October, 2015.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared and Presented by:

Law Office of Will B. Geer, LLC

_____/s/_____
Will B. Geer
Georgia State Bar No. 940493
Law Office of Will B. Geer, LLC
333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328
(678) 587-8740 Telephone
(404) 287-8740 Facsimile
**Attorney for Debtors**

## DISTRIBUTION LIST

Office of the United States Trustee
362 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Samuel Arden
Counsel for Selig Enterprises, Inc.
6400 Powers Ferry Road
Suite 400
Atlanta, Georgia 30339

Benjamin Prevost
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Coca-Cola Refreshments
P.O. Box 403390
Atlanta, GA 30384-3390

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Georgia Department Of Revenue
Compliance Division
Arcs Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta GA  30345-3202

Ichter Thomas, LLC
3340 Peachtree Road, N.E.
Suite 1530
Atlanta, GA 30326

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Cintas Corporation
5180 Panola Industrial Rd.
Decatur, GA 30035-4062

Scana Energy
3344 Peachtree Road, NE
Suite 2150
Atlanta, GA 30326-4808

Phoenix Wholesale Food Service
16 Forest Parkway
Forest Park, GA 30297-2015

Liquid Environmental Solutions
Paracorp Incorporated
368 W. Pike Street
Suite 104
Lawrenceville, GA 30046-3240

Merchants Food Service
c/o Joseph Tullos
P.O. Box 18109
Hattiesburg MS 39404

Regions Bank
Corporation Service Company
40 Technology Pkwy, Suite 300
Norcross, GA 30092-2924

Chamberlain, Hrdlicka
191 Peachtree St., N.E., 34th Floor
Atlanta, GA 30344

Cohen, Pollack, Merlin & Small
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339-3359

Christopher S. Morocco
3007 Arden Road, NW
Atlanta GA 30305