UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| **TAYLOR INVESTMENT PARTNERS II,** ) | CASE NO. **15-51333** - MHM |
| **LLC, TIP II-ANSLEY, LLC,** ) | |
| **TIP II-SUBURBAN, LLC,** ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**ORDER DISMISSING CASES PURSUANT TO 11 U.S.C. §1112(b)(1)**

Debtors Taylor Investment Partners II, LLC, TIP II-Ansley, LLC, and TIP II-Suburban, LLC filed their *Motion to Dismiss Cases Pursuant to 11 U.S.C. §1112(b)(1)*, September 1, 2015, seeking entry of an Order dismissing Debtors' jointly administered cases (Doc. No. 119) (the "Motion"). Hearing on the Motion was held October 9, 2015. Counsel for Moe's Franchisor, LLC, counsel for the United States Trustee, counsel for Selig Enterprises, Inc., and counsel for Raving Brand Holdings, LLC appeared at the hearing. After hearing arguments of counsel and taking into consideration the facts of record, the Court has determined that Debtors' Motion establishes sufficient cause to dismiss these cases pursuant to 11 U.S.C. §1112(b). Therefore, it is hereby

**ORDERED** that the Motion is *granted:* these cases are *dismissed.*

IT IS SO ORDERED, this the 13th day of October, 2015.

_____
MARGARET M. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared and Presented by:
Law Office of Will B. Geer, LLC

_____/s/_____
Will B. Geer
Georgia State Bar No. 940493
Law Office of Will B. Geer, LLC
333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328
(678) 587-8740 Telephone
(404) 287-8740 Facsimile
**Attorney for Debtors**

## DISTRIBUTION LIST

Office of the United States Trustee
362 U. S. Courthouse (and Richard B. Russell Federal Building)
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315
*lindsay.n.swift@usdoj.gov, lisa.maness@usdoj.gov*

Benjamin Prevost and Zachary M. LeVasseur
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450
*zachary.levasseur@dlapiper.com, jennifer.edgar@dlapiper.com;*
*ben.prevost@dlapiper.com*

Mark Friedman
DLA Piper LLP (USA)
100 Light Street, Suite 1350
Baltimore, MD 21202
*mark.friedman@dlapiper.com*

Sam Arden
Hartman, Simons & Wood LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, Georgia 30339

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Coca-Cola Refreshments
P.O. Box 403390
Atlanta, GA 30384-3390

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Georgia Department Of Revenue
Compliance Division
Arcs Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta GA  30345-3202

Ichter Thomas, LLC
3340 Peachtree Road, N.E., Suite 1530
Atlanta, GA 30326

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Cintas Corporation
5180 Panola Industrial Rd.
Decatur, GA 30035-4062

Scana Energy
3344 Peachtree Road, NE
Suite 2150
Atlanta, GA 30326-4808

Phoenix Wholesale Food Service
16 Forest Parkway
Forest Park, GA 30297-2015

Liquid Environmental Solutions
Paracorp Incorporated
368 W. Pike St., Suite 104
Lawrenceville, GA 30046-3240

Merchants Food Service
c/o Joseph Tullos
P.O. Box 18109
Hattiesburg MS 39404

Taylor Investment Partners II, LLC
TIP II-Ansley, LLC
TIP II-Suburban, LLC
4605 Ponte Vedra Dr., SE
Marietta, Georgia 30067

Robert J. Wilkinson
Law Office of W. Thomas Bible, Jr.
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421-1781

Christopher S. Morocco
3007 Arden Road, NW
Atlanta GA 30305

Magoon, Freeman, Spain & Jones
3600 Mansell Road
Suite 575
Alpharetta, GA 30022

Cohen, Pollack, Merlin & Small
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339-3359

Chamberlain, Hrdlicka
191 Peachtree St., N.E.
Thirty-Fourth Floor
Atlanta, GA 30344