# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY APPEAL |
| | ) | |
| Taylor Investment Partners II, LLC, TIP | ) | |
| II-Ansley, LLC, TIP II-Suburban, LLC | ) | CASE NO. 15-02500-ELR |
| | ) | |
| Appellants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Moe's Franchisor, LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF DISMISSAL OF APPEAL

COME NOW, Taylor Investment Partners II, LLC, TIP II-Ansley, LLC, TIP II-Suburban, LLC, and dismisses this appeal. The underlying bankruptcy cases for each debtor (15-51333, 15-51335, 15-51339, respectively) were dismissed; therefore, this appeal has become moot.

Respectfully submitted this 30th day of November, 2015

_____/s/_____
Will B. Geer
GA Bar #940493
Attorney for Debtors

Law Office of Will B. Geer, LLC
333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
Phone: 678-587-8740
Fax: 404-287-2767
willgeer@willgeerlaw.com

## Certificate of Service

This is to certify that I have this day filed the within and foregoing Notice of Appeal using the CM\ECF system, which will deliver notice to Counsel for the Appellee and all parties receiving electronic notices.

/s/ Will B. Geer